# United States Bankruptcy Court
## Middle District of Pennsylvania

| In re | Richard Lee Snyder | | Case No. | 4:18-bk-00588 JJT |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | 13 |

### DEBTOR(S) AFFIDAVIT OF DISBURSEMENT OF TRUSTEE FUNDS
### UPON DISMISSAL AND/OR CONVERSION OF CASE PRIOR TO CONFIRMATION

    If my (our) case is dismissed and/or converted to a Chapter 7 prior to confirmation of my (our) Chapter 13 Plan, I (we), Richard Lee Snyder, the debtor(s) in the above-captioned case, hereby assign to my (our) attorney, James Beatrice, Jr., the available funds held in trust by the Standing Chapter 13 Trustee, Charles J. DeHart, III, pursuant to the Chapter 13 Plan sufficient to pay the outstanding balance of attorney fees and hereby authorize the said Trustee to pay said funds to James Beatrice, Jr. The balance, if any, will be paid to the debtor(s).

March 27, 2018  
Date

/s/ Richard Lee Snyder  
Richard Lee Snyder  
Debtor